450 A.2d 182

Commonwealth v. Francis, Appellant.

Petition for Allowance of Appeal
Denied Nov. 19, 1982.

572

Argued December 4, 1979. Marc R. Steinberg, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Judgment of sentence in the above captioned case is affirmed.